**Order entered November 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00493-CV

### IN RE: THE EPISCOPAL SCHOOL OF DALLAS, INC., MEREDYTH COLE, JEFFREY LABA, AND DONNA HULL

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04152**

## ORDER

Real Party in Interest's Unopposed Motion to Extend the Trial Court's Deadline to Issue Written Orders Vacating it April 24, 2017 Order is **GRANTED.** The trial court's deadline to issue written orders vacating its April 24, 2017 order is extended to December 11, 2017 and the deadline for filing certified copies of the new orders is extended to December 22, 2017.

/s/     BILL WHITEHILL
         JUSTICE